**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: September 18, 2025
Docket #: 25-2105
Short Title: The People of the State of New York, by Letitia James v. Citibank, N.A.

DC Docket #: 1:24-cv-659
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - James Paul Oetken

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8563.