**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: February 24, 2026
Docket #: 25-2105
Short Title: The People of the State of New York, by Letitia
James v. Citibank, N.A.

DC Docket #: 1:24-cv-659
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - James Paul Oetken

## NOTICE OF HEARING DATE

**Argument Date/Time:**   Monday, April 6, 2026 at 2:00p.m.   .
**Location:**   Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007, 17th Floor, Room 1703

**Time Allotment:**   10 mins per side

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

The Court prefers to hold argument in person. However, argument may be held by Zoom, teleconference, or a combination of in-person and remote arguments, depending upon then current pandemic-related considerations. A party who has demonstrated good cause by motion and judges may participate remotely. If an argument is remote, the parties will receive instructions to access Zoom or the teleconference.

Individuals who arrive at the courthouse for argument must meet the health screening requirements and entrance protocols specified at the entrance to the building and should check the Court's website under Announcements for up to date information.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.

See page 2 for additional information.

---

**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument:  Jeffrey B. Wall
Firm Name (if applicable):  Sullivan & Cromwell LLP
Current Telephone Number:  (202) 956-7660

The above named attorney represents:
(X) Appellant/Petitioner     ( ) Appellee-Respondent ( )     Intervenor

Date:  February 25, 2026         Signature:  /s/ Jeffrey B. Wall

### NOTICE TO THE BAR

**Recording of Argument.** An audio recording of oral argument is available on the Court's website. In addition, a CD of an argument may be purchased for $34 per CD by written request to the Clerk. The request should include the case name, the docket number and the date or oral argument. CDs will be delivered by first class mail unless the request instructs to hold for pick-up or requests Federal Express Service, in which case a Federal Express account number and envelope must be provided.

**Court Reporters.** Parties may arrange - at their own expense - for an official court reporter to transcribe argument from a copy of the hearing tape or to attend and transcribe the hearing directly. A party must first obtain written consent from opposing counsel - or move the Court for permission - to have the court reporter attend and transcribe the hearing and must provide the calendar clerk written notice, including the name, address and telephone number of the attending reporter and, if applicable, the reporting firm at least one week prior to the hearing date.

**Interpreter Services for the Hearing Impaired.** Counsel requiring sign interpreters or other hearing aids must submit a written notice to the Calendar Team at least one week before oral argument.