

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

March 17, 2026

Honorable Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:  *People of the State of New York v. Citibank, N.A.*, No. 25-2105

Dear Ms. Wolfe:

I write on behalf of appellee People of the State of New York, by Attorney General Letitia James (OAG) in response to appellant Citibank, N.A.'s F.R.A.P. 28(j) letter regarding *Jung v. Discover Bank*, No. 25-cv-06383, 2026 WL 657719 (N.D. Cal. Mar. 9, 2026). The district court in *Jung* dismissed plaintiff's claim under the Electronic Funds Transfer Act, concluding that the Act does not apply to "consumer wire transfers." *See id.* at *2. The decision's cursory, two-paragraph analysis of the Act does not meaningfully engage with the statutory text or regulatory history and therefore should be given minimal, if any, weight by this Court.

As explained in OAG's brief (ECF No. 37.1 at 28-41), the plain text, purpose, and history of the Act confirm that the statutory exemption for interbank wires does not apply to an electronic funds transfer between a consumer and her bank to facilitate a payment order. OAG and amici further explained (ECF No. 37.1 at 41-44, ECF No. 44.1 at 9-11) that this interpretation does not render any portion of the Act superfluous. Finally, OAG and amici explained (ECF No. 37.1 at 45-47, ECF No. 44.1 at 15-18) that the Act's regulatory framework permits different regulatory treatment for the various components of a wire transfer transaction.

The decision in *Jung* grapples with none of these arguments or with the district court's reasoning in *Citibank*, instead reflexively adopting defendants' argument that plaintiff's reading of the Act purportedly causes a statutory superfluity. The decision

in *Jung* therefore reflects no material development of the case law. Citibank's assertion that *Jung* somehow reflects the weight of authority as to the proper interpretation of the Act is also unpersuasive. As explained in OAG's brief (ECF No. 37.1 at 50-51), the cases on which the district court in *Jung* relied are not binding on this Court and are distinguishable in any event.

Respectfully submitted,

*/s/ Anagha Sundararajan*

Anagha Sundararajan
Assistant Solicitor General

cc:     All Counsel

        (via ECF)

Word count: 309

2